UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| General Star Indemnity Company,<br><br>Plaintiff,<br><br>vs.<br><br>Parkway Prime, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO.   1:22-cv-04662-MHC |

## DECLARATORY J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Plaintiff General Star Indemnity Company's Motion for Default Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the General Star Indemnity Company has no duty to defend Parkway Prime, LLC, in the Underlying Litigation.

Dated at Atlanta, Georgia, this 28th day of August, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: s/D. Burkhalter
Deputy Clerk

Prepared, Filed, and Entered in the
Clerk's Office
August 28, 2023
Kevin P. Weimer
Clerk of Court

By:   s/D. Burkhalter
Deputy Clerk