UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| General Star Indemnity Company,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>April Jones, et al,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:22-cv-4662-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Plaintiff's for Summary Judgment, and the court having Granted in part and denied in part said motion, it is

**Ordered and adjudged** that General Star Indemnity Company's claim regarding its duty to indemnity defendants is DISMISSED WITHOUT PREJUDICE AS PREMATURE and that General Star Indemnity Company has no duty to defend Defendants April Jones and Johnnie C. Jones in the Underlying Litigation.

Dated at Atlanta, Georgia, this 26th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　By:　s/Daniel Ross
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 26, 2024
Kevin P. Weimer
Clerk of Court

By: s/Daniel Ross
　Deputy Clerk